UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES – GENERAL

Case No.  2:25-cv-08100-JLS-PVC                                   Date: December 5, 2025

Title:     *Wanda Savage v. Robert F. Kennedy, Jr.*

---

Present: The Honorable JOSEPHINE L. STATON, U.S. District Judge

| Kelly Davis | Not Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|:---:|:---:|
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER DISMISSING CASE FOR FAILING TO FILE A COMPLETE *IN FORMA PAUPERIS* REQUEST OR PAY FILING FEE

   All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1).

   On October 22, 2025, the Court postponed ruling on Plaintiff's request to proceed *in forma pauperis* ("Request") because it was incomplete and inconsistent. Dkt 13. The Court directed Plaintiff to either:  (1) refile a fully completed Request on the Court's updated CV-60 form and a one-page statement explaining the deficiency; or (2) pay the full filing fee. *Id*. The Court warned that if Plaintiff did not comply within 30 days, the case would be dismissed without prejudice. *Id*.

   To date, Plaintiff has not complied with the Court's Order. Accordingly, this action is **DISMISSED** without prejudice. *See Link v. Wabash R.R. Co*., 370 U.S. 626, 629-31 (1962) ("The authority . . . to dismiss sua sponte for lack of

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

Case No. 2:25-cv-08100-JLS-PVC     Date: December 5, 2025

Title:    *Wanda Savage v. Robert F. Kennedy, Jr.*

prosecution . . . [is] vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases."); *Roberts v. Soc. Sec. Dep't*, 2022 WL 4088755, at *2 (S.D. Cal. Sept. 6, 2022) (action may be dismissed without prejudice where plaintiff fails to establish *in forma pauperis* status and does not pay the required filing fee).

    All other pending matters are **TERMINATED**.

    **IT IS SO ORDERED.**